HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BALTAZAR RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-0318 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ADVANCE JURY TRIAL; ORDER |
| v. | ) ) | |
| BALTAZAR RODRIGUEZ, | ) ) | Date:   October 6, 2014 Time:   8:30 a.m. |
| Defendants. | ) ) | Judge:  The Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between Benjamin B. Wagner, United States Attorney and Karen A. Escobar, Assistant U.S. Attorney and Ann H. McGlenon, attorney for the defendant, that the Status Conference **currently scheduled for September 22, 2014 at 8:30 a.m. be continued to October 6, 2014**; and that the Jury Trial **currently scheduled for November 18, 2014 at 8:30 a.m. be advanced to November 12, 2014**.

The reason for this continuance is for continuity of counsel and to accommodate counsels' schedules.  Defense counsel has a vacation beginning on September 18, 2014.  The prosecutor has training beginning November 21, 2014.  The requested continuance will conserve time and resources for both parties and the court.

//

//

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

Dated:  September 5, 2014        BENJAMIN B. WAGNER
                                 United States Attorney


                                 */s/ Karen A. Escobar*
                                 KAREN A. ESCOBAR
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


Dated:  September 5, 2014        HEATHER E. WILLIAMS
                                 Federal Defender


                                 */s/ Ann H. McGlenon*
                                 ANN H. MCGLENON
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 BALTAZAR RODRIGUEZ


**O R D E R**


IT IS SO ORDERED.

   Dated:  **September 9, 2014**              **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE